No. 80–1190.   PULLMAN-STANDARD, A DIVISION OF PULL-
MAN, INC. *v.* SWINT ET AL.; and

No. 80–1193.   UNITED STEELWORKERS OF AMERICA,
AFL–CIO, ET AL. *v.* SWINT ET AL.   C. A. 5th Cir.   [Certio-
rari granted, 451 U. S. 906.]   Motion of petitioners for di-
vided argument denied.

No. 80–1798.   WOELKE & ROMERO FRAMING, INC. *v.* NA-
TIONAL LABOR RELATIONS BOARD ET AL.;

No. 80–1808.   PACIFIC NORTHWEST CHAPTER OF THE AS-
SOCIATED BUILDERS & CONTRACTORS, INC. *v.* NATIONAL
LABOR RELATIONS BOARD ET AL.; and

No. 81–91.   OREGON-COLUMBIA CHAPTER, ASSOCIATED
GENERAL CONTRACTORS OF AMERICA, INC. *v.* NATIONAL
LABOR RELATIONS BOARD ET AL.   C. A. 9th Cir.   [Certio-
rari granted, *ante,* p. 814.]   Motion of the parties for divided
argument and for additional time for oral argument granted,
and a total of 1 hour and 20 minutes allotted for oral argu-
ment to be divided as follows: Woelke & Romero Framing,
Inc., 20 minutes; National Labor Relations Board, 20 min-
utes; respondent unions, 20 minutes; and petitioners in Nos.
80–1808 and 81–91, 20 minutes.

No. 80–2150.   FINNEGAN ET AL. *v.* LEU ET AL.   C. A. 6th
Cir.   [Certiorari granted, *ante,* p. 813.]   Motion of Associa-
tion for Union Democracy et al. for leave to file a brief as
*amici curiae* granted.

No. 80–2182.   INWOOD LABORATORIES, INC., ET AL. *v.*
IVES LABORATORIES, INC.; and

No. 81–11.   DARBY DRUG CO., INC., ET AL. *v.* IVES LAB-
ORATORIES, INC.   C. A. 2d Cir.   [Certiorari granted, *ante,*
p. 891.]   Motion of the Solicitor General for leave to partici-
pate in oral argument as *amicus curiae* and for additional
time for oral argument granted, and 10 additional minutes al-
lotted for that purpose.   Motion of petitioners for divided ar-
gument denied.